OFFICE OF DISCIPLINARY COUNSEL *v.* BOWERSOCK.

[Cite as Disciplinary Counsel *v.* Bowersock (1989), 44 Ohio St. 3d 170.]

(No. 89-349—Submitted May 2, 1989—Decided August 2, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Carl J. Corletzi,* for relator.

*Terry L. Bowersock, pro se.*

*Per Curiam.* Having thoroughly reviewed the instant record, we agree with the board's finding that respondent committed the misconduct charged in the complaint. We also concur in the board's recommendation. Accordingly, respondent is hereby ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.